# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-2068
_____

ROBBERT XZAVIER BAKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

September 9, 2022

PER CURIAM.

DISMISSED.

LEWIS, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robbert Xzavier Baker, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.